UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

```
FILED
JAN -6 2016
CLERK, US DISTRICT COURT
NORFOLK, VA
```

THE UNITED STATES OF AMERICA for
the use and benefit of Branscome Inc.,
doing business as
BRANSCOME EASTERN SHORE,

        Plaintiff,

v.                                ACTION NO. 2:15cv127

THE HANOVER INSURANCE COMPANY
and DOUGLAS P. FLEMING, LLC,

        Defendants.

ORDER

This matter comes before the court on the Plaintiff's Motion to Enforce Settlement Agreement, filed on September 17, 2015. ECF No. 24. The matter was referred to United States Magistrate Judge Lawrence R. Leonard by the Order of October 13, 2015, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b), to conduct hearings, including evidentiary hearings, if necessary, and to submit to the undersigned proposed findings of fact, if applicable, and recommendations for the disposition of the motion. ECF No. 36.

The Magistrate Judge's Report and Recommendation ("R&R") was filed on December 8, 2015. ECF No. 43. The Magistrate Judge recommends denying the Plaintiff's Motion to Enforce Settlement Agreement. Id. at 1, 13.

By copy of the R&R, the parties were advised of their right to file written objections to the findings and recommendations made by the Magistrate Judge. The court has received no objections to the R&R, and the time for filing the same has expired. The court does hereby adopt and approve in full the findings and recommendations set forth in the R&R filed December 8, 2015. Accordingly, the Plaintiff's Motion to Enforce Settlement Agreement is **DENIED**.

The Clerk is **DIRECTED** to forward a copy of this Order to counsel for all parties.

**IT IS SO ORDERED.**

/s/
Rebecca Beach Smith
Chief Judge

REBECCA BEACH SMITH
CHIEF JUDGE

January 5, 2016